UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
CAROL STEPHENS,                    )
                                   )   1:08-CV-00821 OWW GSA
                                   )
              Plaintiff,           )
                                   )
     v.                            )   ORDER DISMISSING ACTION
                                   )
ALLSTATE INSURANCE COMPANY,        )
                                   )
                                   )
                                   )
              Defendant.           )
                                   )
_____)
```

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees in connection with the lawsuit and the negotiation and preparation of this Agreement.

IT IS SO ORDERED.

**Dated:   November 17, 2008**            **/s/ Oliver W. Wanger**
                                                                         UNITED STATES DISTRICT JUDGE